UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROBERT OLMER, | No. 2:20-cv-0701 KJN P |
| Plaintiff, | |
| v. | ORDER |
| BUTTE COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

Plaintiff is a former Butte County Jail inmate, now housed in state prison. On April 13, 2020, the court received plaintiff's motion for a six-month extension of time. Plaintiff claims that due to the coronavirus pandemic he is on modified program at DVI without access to the law library or to contact a lawyer. Plaintiff's motion is not dated, so it is unclear whether plaintiff had benefit of the court's April 9, 2020 screening order when plaintiff sought his extension. In an abundance of caution, the undersigned construes plaintiff's filing as a motion for extension of time to file an amended complaint.

This action is based on plaintiff's slip and fall while housed in the Butte County Jail. The screening order provided plaintiff with myriad legal authorities suggesting that plaintiff may not be able to allege facts rising to the level of an Eighth Amendment violation, because plaintiff's slip and fall on one occasion constitutes, at most, negligence. While the undersigned is

sympathetic to plaintiff's situation due to the current pandemic, most prisons have paging systems for inmates to obtain copies of legal authorities needed to pursue their cases. Plaintiff may avail himself of such system to obtain copies of cases cited in the court's screening order. That said, plaintiff must allege <u>facts</u> to support the objective and subjective elements of his Eighth Amendment claim, as explained in the court's screening order. Plaintiff is not required to cite legal authorities in his amended pleading.

Therefore, the court does not find good cause to grant plaintiff such a lengthy extension of time. Rather, plaintiff is granted sixty days in which to file an amended complaint that complies with the April 9, 2020 order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 12) is partially granted; and

2. Plaintiff is granted sixty days from the date of this order in which to file an amended complaint. Plaintiff is cautioned that failure to file an amended complaint in accordance with the April 9, 2020 order will result in the dismissal of this action.

Dated: April 16, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/olme0701.36