UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROBERT OLMER, | No. 2:20-cv-0701 KJN P |
| Plaintiff, | |
| v. | ORDER AND FINDINGS & RECOMMENDATIONS |
| BUTTE COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

By order filed April 9, 2020, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Plaintiff sought a sixth month extension of time to amend. (ECF Nos. 11 (undated), 14 (dated April 11, 2020)). On April 16, 2020, the court did not find good cause for such a lengthy extension of time, but rather granted plaintiff sixty days in which to file an amended complaint. (ECF No. 13.) Sixty days from that date have now passed, and plaintiff has not filed an amended complaint, or otherwise responded to the April 16, 2020 order.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

IT IS RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

1

1    These findings and recommendations are submitted to the United States District Judge
2 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within **thirty** days after
3 being served with these findings and recommendations, plaintiff may file written objections with
4 the court and serve a copy on all parties.  Such a document should be captioned "Objections to
5 Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file
6 objections within the specified time may waive the right to appeal the District Court's order.
7 Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
8 Dated:  July 2, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

11   /olm0701.fta